1 | BARRY J. PORTMAN
Federal Public Defender
2 | JEROME E. MATTHEWS
Assistant Federal Public Defender
3 | 555 - 12th Street
Suite 650
4 | Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant RODNEY STEVENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-02 40198 DLJ; CR 00 40174 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | CONTINUING HEARING DATE |
| | ) | |
| RODNEY STEVENSON, | ) | |
| | ) | |
| Defendant. | ) | |

These matters presently are scheduled for a status conference on October 23, 2009. The government has indicated that it intends to file charges based on the conduct underlying the Form 12. The parties have discussed a potential resolution that would include both the forthcoming charges and the violation petitions. For these reasons, IT IS STIPULATED AND AGREED that these matters be continued to November 6, 2009, at 9:00 a.m. The parties hope to have reached a global resolution of these matters at that time.

STIP/ORD                    1

1
2  Dated: October 22, 2009                                    _____/S/_____
                                                              KESLIE STEWART
3                                                             Assistant United States Attorney
4
   Dated: October 22, 2009                                    _____/S/_____
5                                                             JEROME E. MATTHEWS
                                                              Assistant Federal Public Defender
6
7  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
8  "conformed" signature (/S/) within this e-filed document.
9
10     Good cause appearing therefor, IT IS ORDERED that these consolidated matters be
11 continued to November 6, 2009, at 9:00 a.m.
12
13 Dated: October  23, 2009                                   _____
                                                              D. LOWELL JENSEN
14                                                            United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26

STIP/ORD                                 2